IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30351
Conference Calendar

_____

ISAAC OGUGUO,

                                        Plaintiff-Appellant,

versus

IMMIGRATION AND NATURALIZATION SERVICE,
NANCY HOOKS, TERRY W. BALLENTINE,
JOYCE L. RICHARD, CRAIG A. HARLOW,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-1829
- - - - - - - - - -
June 28, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Isaac Oguguo, # 14338-039, appeals the dismissal for lack of subject matter jurisdiction of his application for habeas corpus pursuant to 28 U.S.C. § 2241. Oguguo alleges he cannot lawfully be detained for deportation proceedings while his criminal conviction is pending on direct appeal. Oguguo's conviction is no longer pending on direct appeal. *See Oguguo v. United States*,

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

116 S. Ct. 580 (Mem.) (1995), *reh'g denied*, 116 S. Ct. 830 (Mem) (1996).  There is no longer a basis for his requested relief and the appeal is dismissed as moot.

DISMISSED.